**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | MISCELLANEOUS |
| | : | |
| ANTHONY DARNELL COX, JR. | : | NO. 24-mc-0040 |

### ORDER

**AND NOW**, this 25th day of September, 2024, respondent having been ordered on August 7, 2024, to show cause, within thirty (30) days, why he should not be placed on **temporary suspension** from the practice of law in this court, effective thirty (30) days from July 26, 2024, and respondent not having answered or requested a hearing, it is hereby

**ORDERED** that respondent is placed on **temporary suspension** from the practice of law in this court, effective thirty (30) days from July 26, 2024, and until further Order of this court.

BY THE COURT:

/s/ Mitchell S. Goldberg
**MITCHELL S. GOLDBERG**
**Chief Judge**